```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 04928
   LETANYA BLACK
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-6421

-------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
   The case was filed on 03/03/2008 and was not confirmed.

   The case was dismissed without confirmation 06/25/2008.
-------------------------------------------------------------------------------
CREDITOR NAME            CLASS             CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
-------------------------------------------------------------------------------
SANTANDER CONSUMER USA   SECURED VEHIC     21952.79             .00       644.00
CITIZENS BANK            NOTICE ONLY       NOT FILED            .00          .00
DEVRY UNIVERSITY         UNSECURED         NOT FILED            .00          .00
DEVRY UNIVERSITY         NOTICE ONLY       NOT FILED            .00          .00
DEVRY UNIVERSITY         NOTICE ONLY       NOT FILED            .00          .00
THE MISTER SHOP          UNSECURED         NOT FILED            .00          .00
LEONARD W WILLIAMS       NOTICE ONLY       NOT FILED            .00          .00
HSBC MORTGAGE CO         CURRENT MORTG          .00             .00          .00
HSBC MORTGAGE CO         MORTGAGE ARRE      3000.00             .00          .00
COUNTRYWIDE HOME LOANS   CURRENT MORTG          .00             .00          .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE     10215.58             .00          .00
SANTANDER CONSUMER USA   UNSECURED         NOT FILED            .00          .00
CITIZENS FINANCE CO      SECURED NOT I      2425.94             .00          .00
STEFANS STEFANS & STEFAN DEBTOR ATTY            .00                          .00
TOM VAUGHN               TRUSTEE                                           56.00
DEBTOR REFUND            REFUND                                           400.00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                  RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                     1,100.00

PRIORITY                                            .00
SECURED                                          644.00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                              56.00
DEBTOR REFUND                                    400.00
                          --------------    --------------
TOTALS                         1,100.00           1,100.00




              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 04928 LETANYA BLACK
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                      /s/ Tom Vaughn
Dated: 09/24/08                       _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE
```